UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CARLOS ARRIAGA et al.,

    *Plaintiffs*,

v.

ANTHONY LOGISTICS OF HUDSON COUNTY LLC et al.,

    *Defendants*.

No. 22-cv-00495 (MEF)(LDW)

**ORDER**

\*   \*   \*

United States Magistrate Judge Wettre issued a Report and Recommendation, suggesting striking the Defendants' answer and entering default against them. See ECF 194.

The Report and Recommendation is thorough and well-reasoned.

Objections to the Report and Recommendation were due on May 13.

The Defendants have not filed an objection.

In light of the above, and considering the relevant standards, see Equal Emp. Opportunity Comm'n v. City of Long Branch, 866 F.3d 93, 99-100 (3d Cir. 2017), the Court adopts the Report and Recommendation.

The Defendants' answer shall be stricken, and the Clerk of Court shall enter default pursuant to Federal Rule of Civil Procedure 55(a).

IT IS on this 31st day of July, 2025, so **ORDERED**.

                                                                  Michael E. Farbiarz, U.S.D.J