UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------------------X
CARLOS ARRIAGA, MILTON JEREZ, MEJIA
ANDRES, EVER CRUZ and JOSE PEREIRA,

                               Plaintiffs,

      -against-

ANTHONY LOGISTHICS OF HUDSON COUNTY LLC.,
and 2SH SERVICES LLC d/b/a ANTHONTY LOGISTICS
OF HUDSON COUNTY LLC and SANTOS HERNANDEZ,
individually,

                               Defendants.
-----------------------------------------------------------------------------X

Case No.
22-cv-00459-MEF-LDW

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

**PLEASE TAKE NOTICE** that, upon the annexed Declarations of Jacob Aronauer and Plaintiffs Carlos Arriaga, Milton Jerez, Mejia Andres, Ever Cruz and Jose Pereira, the accompanying Memorandum of Law, together with all exhibits and upon the Complaint and all prior proceedings herein, Plaintiffs will move this Court, the Honorable Michael E. Farbiarz, United States District Judge, in the United States Courthouse located at 50 Walnut Street, Newark, New Jersey 07102, on a date and time to be set by the Court, for an Order pursuant to F.R.C.P.55: (1) entering a default judgment against Defendants Anthony Logistics of Hudson County LLC, 2SH Services LLC and Santos Hernandez; (2) awarding Plaintiffs $58,399.15 in unpaid overtime wages under the FLSA and the NJWHL; (3) awarding Plaintiffs $3,750 in unpaid earned wages under NJWPL; (4) awarding Plaintiffs $9,300 in unlawful deductions under the NJWPL; (5) awarding Plaintiffs $142,898.30 in liquidated damages under the FLSA and NJWHL; (6) awarding Plaintiffs reasonable attorneys' fees and costs in the amount of $83,582.15; (7) awarding post-judgment interest under federal law; (8) granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that briefing shall proceed in accordance with the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, as directed by the Court.

Dated:  January 19, 2026
        New York, New York

**THE LAW OFFICES OF JACOB ARONAUER**

By:    */s/ Jacob Aronauer*
       Jacob Aronauer
       250 Broadway, Suite 600
       New York, NY 10007
       (212) 323-6980
       jaronauer@aronauerlaw.com